UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| CHEMEEKA JANEAR GREEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| JANIE PERKINS, | ) | No. 5:17-CV-123-FL |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's text order entered on May 23, 2017, and for the reasons set forth more specifically therein, that the court dismisses plaintiff's claims as asserted in the complaint for lack of jurisdiction.

**This Judgment Filed and Entered on May 23, 2017, and Copies To:**
Chemeeka Janear Green (via U.S. Mail) 6605 Terrace Park Ct., Raleigh, NC 27616

May 23, 2017              PETER A. MOORE, JR., CLERK
                           /s/ Christa N. Baker
                          (By) Christa N. Baker, Deputy Clerk